FILED

10/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0161

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0161

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERTO SALAMAN-GARCIA,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time,

and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time

to and including November 14, 2020, within which to prepare, serve, and file its

response brief.

**CMF**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2020